No. 154, Misc.  YELLIN *v.* UNITED STATES.  Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit granted.  Case transferred to appellate docket.  *Victor Rabinowitz* and *Leonard B. Boudin* for petitioner.  *Solicitor General Cox, Assistant Attorney General Yeagley, George B. Searls* and *Lee B. Anderson* for the United States. ▉▉▉▉▉▉▉

No. 216, Misc.  GILBERT *v.* UNITED STATES.  Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.  Case transferred to appellate docket.  *Albert A. Dorn* and *Fred Okrand* for petitioner.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States. ▉▉▉▉▉▉▉

No. 291, Misc.  MORALES ET AL. *v.* CITY OF GALVESTON ET AL.  Motion to use the record in No. 167, Misc., October Term, 1960, granted.  Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted.  Case transferred to appellate docket.  *Arthur J. Mandell* for petitioners.  *Preston Shirley* for the City of Galveston, and *Clarence S. Eastham* for Cardigan Shipping Co., respondents. ▉▉▉▉▉▉▉

No. 255.  UNITED STATES *v.* GILMORE ET UX.  Court of Claims.  Certiorari granted.  *Solicitor General Cox, Assistant Attorney General Oberdorfer, Melva M. Graney* and *Harold C. Wilkenfeld* for the United States.  *Eli Freed* for respondents. ▉▉▉▉▉▉▉